IFP
1584/85C
#4
2:21-cv-1346

United States Courthouse
Western District

Civil Action

Plaintiff, Affiant - Joseph LoDuca - a Sovereign

vs.

Defendant(s) Google Corporation, et al
1600-Amphitheatre Parkway
Mountain View, Ca 94043

Jurisdiction - Venue
This is a Civil Action Authorized by United States Federal rules of Civil Procedure for the Western District of Pennsylvania

Joseph LoDuca is at all times since birth a Sovereign Secure Party mentioned herein. His current address is 801-Butler Pike, Mercer, PA 16137

Defendant(s) Google Corporation, Subsidiaries et, al of 1600-Amphitheatre Parkway
Mountain View, California
94034

RECEIVED
OCT 0 8 2021
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## Complaint

Defendant(s), Google Corporation, Subsidiaries, Et. Al mentioned herein Did Violate, Joseph LoDuca a Sovereign Secure Party by using Mr. LoDuca's Name, Image, Likeness, Derivatives including Joseph, Joe, LoDuca Family which Are Copyrighted intellectual Property registered under Common law Copyright. Without Any Expressed Written Permission. Mr. LoDuca retains all rights enumerated Within the Constitution of the United States of America and Pennsylvania, Devoid of Any Unauthorized exception, Usurpation of these Sovereign rights Use of Copyrighted intellectual Property requires a User Fee Per Use and is Due Upon Date of Use. All users Agree to terms established solely at the Discretion of Copyright owner With exception by their use Without Prior Written Authorization or Contract Agreement with Full Disclosure. Mr. LoDuca has never relinquished Any Privacy rights Protected by the Constitution of the U.S.A. Mr. LoDuca is not Collateral to Any Corporate Entity and has never Subordinated his Position as a Private Man. A Sovereign secure Party. Defendants using legislation to Extort Contributions of Money, Property, Finger Prints, Photos likeness, Private Information and Anything of Value For benefit of Profit.

Joseph LoDuca
October, 2021

## Prayer For Relief

Wherefore, Joseph LoDuca respectfully Prays that this Court Enter Judgment Granting Joseph LoDuca a declaration that the Acts and Omissions described herein Violated Mr. LoDuca's rights under the Constitution and Laws of the United States and the State of Pennsylvania. A Preliminary and Permanent Injuction Ordering Defendant(s) Google Corporation, Subsidiares, et al to Compensate For Previous and Continued use and Cease Using Plaintiff Name, Image, likeness, Without the Express Written Consent of the Sovereign Secure Party, Mr. LoDuca. Compensatory Damage's in the Amount of 20 million U.S. Dollars Against the Defendant(s) Jointly and Severally. A Jury Trial on all issues. The Sovereign Party costs in this Suit.

Any additional relief this Court deems Just, Proper and Equitable.

Respectfully
Joseph L Duca
Joseph LoDuca
SCI-Mercer
801-Butler Pike
Mercer, PA 16137
October, 2021

## Verification

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on Information and belief, and as to those, I believe them to be true. I certify under Penalty of Perjury that the foregoing is True and Correct.

Executed at:
SCI-Mercer
801-Butler Pike
Mercer, PA 16137

Respectfully
Joseph LoDuca
Joseph LoDuca

October, 2021